LENA BECKMAN, Respondent, *v.* HARRY WERSTEIN, Appellant.

*Contract — breach of promise to marry — question of fact.*

Beckman v. Werstein, 208 App. Div. 781, affirmed.

(Submitted June 5, 1924; decided July 5, 1924.)

APPEAL from a judgment, entered February 26, 1924, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which reversed an order of the court at a Trial Term setting aside a verdict in favor of plaintiff and directed judgment in

favor of plaintiff upon said verdict. The action was to recover for breach of an alleged contract to marry. The Appellate Division held that the evidence presented a question of fact for the jury.

*Frederick Hemley* for appellant.
*Louis S. Weiss, Clarence M. Lewis* and *Maxwell Harris* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.